JAMES F. CLAPP (145814)
jclapp@sdlaw.com
MARITA MURPHY LAUINGER (199242)
mlauinger@sdlaw.com
ZACH P. DOSTART (255071)
zdostart@sdlaw.com
DOSTART CLAPP & COVENEY, LLP
4370 La Jolla Village Drive, Suite 970
San Diego, California 92122-1253
Tel: 858-623-4200
Fax: 858-623-4299

KEVIN J. MCINERNEY (46941)
kevin@mcinerneylaw.net
KELLY MCINERNEY (200017)
kelly@mcinerneylaw.net
CHARLES A. JONES (224915)
caj@mcinerneylaw.net
MCINERNEY & JONES
18124 Wedge Parkway #503
Reno, NV 89511
Tel: 775-849-3811
Fax: 775-849-3866

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIM P. CHANG, | CASE NO. CV-10-2557 MHP |
| Plaintiff, | **NOTICE OF CHANGE OF FIRM NAME** |
| vs. | |
| WELLS FARGO BANK, N.A., | |
| Defendant. | |

1 | TO ALL PARTIES, THEIR ATTORNEYS OF RECORD AND THE ABOVE-CAPTIONED
2 | COURT:

    Notice is hereby given that the firm name of co-counsel for plaintiff has changed from Dostart Clapp Gordon & Coveney, LLP to Dostart Clapp & Coveney, LLP.

Dated: January 17, 2011        DOSTART CLAPP & COVENEY, LLP

/s/ Marita Murhpy Lauinger
MARITA MURPHY LAUINGER
Attorneys for Plaintiff

412611.1