1  LINDBERGH PORTER, Bar No. 100091
   RICHARD H. RAHM, Bar No. 130728
2  ALISON S. HIGHTOWER, Bar No. 112429
   LITTLER MENDELSON
3  A Professional Corporation
   650 California Street, 20th Floor
4  San Francisco, CA 94108.2693
   Telephone: 415.433.1940
5
   Attorneys for Defendant
6  WELLS FARGO BANK, N.A.

7

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10

11 JIM P. CHANG,                    Case No. CV 10-02557 EMC

12         Plaintiff,                **STIPULATION AND [PROPOSED]
                                     ORDER EXTENDING TIME TO**
13     v.                            **EXCHANGE INITIAL DISCLOSURES**

14 WELLS FARGO BANK, N.A.,           [FED. R. CIV. P. 26 (A)(1)]

15         Defendant.

16

17

18

19         WHEREAS Plaintiff requested that the parties exchange Rule 26 Disclosures to fill in
20 any gaps in discovery pending anticipated mediation on April 16, 2012;
21         WHEREAS this Court ordered such disclosures by March 30, 2012 in this and nine
22 other pending cases between plaintiffs represented by the same counsel and Defendant Wells Fargo
23 Bank, N.A. making similar allegations;
24         WHEREAS the exigencies of gathering information for ten cases justifies granting
25 the parties additional time in order to provide complete disclosures;
26         Plaintiff and Defendant hereby stipulate to extend the time to exchange initial
27 disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, by one week, to
28 April 6, 2012.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION AND ORDER RE INITIAL DISCLOSURES | 1. | Case No. CV 10-02557 EMC

IT IS SO STIPULATED.

Dated: March 27, 2012

/s/ Kevin J. McInerney
Kevin J. McInerney
McINERNEY & JONES
Attorneys for Plaintiff

Dated: March 27, 2012

/s/ Lindbergh Porter, Jr.
LINDBERGH PORTER, JR.
LITTLER MENDELSON, P.C.
Attorneys for Defendant
WELLS FARGO BANK, N.A.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March 30, 2012

_____
THE HONORABLE
JUDGE OF THE
DISTRICT

IT IS SO ORDERED
Judge Edward M. Chen

Firmwide:110035992.1 051995.1020

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION AND ORDER RE INITIAL DISCLOSURES | 2. | Case No. CV 10-02557 EMC